UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK P. SUTTON,<br><br>          Petitioner,<br><br>     v.<br><br>TATE,<br><br>          Respondent. | Case No. 1:23-cv-00330-CDB (HC)[1]<br><br>ORDER GRANTING MOTION TO WITHDRAW<br><br>ORDER DENYING AS MOOT MOTION TO COMPEL<br><br>(Docs. 10, 11)<br><br>ORDER STAYING ACTION AND REQUIRING PETITIONER TO FILE STAUS REPORT<br><br><u>60-DAY DEADLINE</u> |

Petitioner Frank P. Sutton, ("Petitioner") is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner challenges the computation of his federal sentence by the Bureau of Prisons. Petitioner claims the United States District Court for the Central District Court of Illinois' written judgment does not reflect the court's sentence. *Id*. On March 14, 2023, the Court conducted a screen of the petition and directed Respondent to file a response. (Doc. 5).

On April 20, 2023, Petitioner filed a motion to compel. (Doc. 10). Petitioner noted that credits had been applied to correct his sentence, but he estimated he was still missing seven weeks of credit.

---

[1] The parties have consented to the jurisdiction of the United States Magistrate Judge and this action has been assigned to Magistrate Judge Christopher D. Baker for all purposes. (Doc. 9).

1

*Id*. at 2.  Petitioner asked the Court to compel Respondent to again correct his written judgment to include credit for the dates of September 19, 2012, through November 13, 2012.  *Id*. at 4.

On April 26, 2023, Petitioner filed a motion to withdraw.  (Doc. 11).  Petitioner states the issue he raised in his motion to compel is "currently being addressed by Respondent and I feel there's no further need to burden the Court with this issue."  *Id*.

Accordingly, in light of Petitioner's representations it is HEREBY ORDERED:

1. Petitioner's motion to withdraw (Doc. 11) is GRANTED and the motion to compel (Doc. 10) is DENIED AS MOOT;
2. This action – including Respondent's time to file a response and supporting documents – is HEREBY STAYED pending resolution of the missing time credits that Petitioner represents are "currently being addressed by Respondent"; and
3. Petitioner SHALL FILE a status report within 60 days from the date of service of this order addressing the status of the issue he raised in his motion to compel (Doc. 10).

IT IS SO ORDERED.

Dated:   **April 27, 2023**                               _____
                                                                                    UNITED STATES MAGISTRATE JUDGE