UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK P. SUTTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TATE,<br><br>　　　　　Respondent. | Case No. 1:23-cv-00330-CDB (HC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE[1]<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE |

On May 11, 2023, Petitioner Frank P. Sutton filed a status report (Doc. 13) in which he represented that all issues raised in his petition are "resolved" and his petition is "moot." Respondent thereafter filed a stipulation concurring that the action may be dismissed as moot. (Doc. 14).

Accordingly, IT IS HEREBY ORDERED:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is dismissed without prejudice; and

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 12, 2023**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to the jurisdiction of the United States Magistrate Judge and this action has been assigned to Magistrate Judge Christopher D. Baker for all purposes. (Doc. 9).

1